**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **No. 1:21-cr-136-JL-01** |
| | ) | |
| **Michael Dukette** | ) | |

_____

## Indictment

The Grand Jury charges:

### Count One
[18 U.S.C. § 2251(a) & (e) – Sexual Exploitation of Child]

Beginning at an unknown date but at least by on or about August 11, 2016, in the District of New Hampshire, the defendant,

**MICHAEL DUKETTE**,

did employ, use, persuade, induce, entice, and coerce any minor, namely Child 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) & (e).

**Count Two**
[18 U.S.C. § 2252(a)(4)(B) & (b)(2) – Possession of Child Pornography]

Beginning at an unknown date but at least by on or about August 11, 2016, in the District of New Hampshire, the defendant,

**MICHAEL DUKETTE**,

did knowingly possess any matter that contained an image and video of child pornography, as defined in Title 18, United States Code, Section 2256, namely any visual depiction of sexually explicit conduct where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. At least one such image of child pornography knowingly possessed by the defendant depicts a prepubescent minor or a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2).

A TRUE BILL

/s/ Foreperson_____
Grand Jury Foreperson

JOHN J. FARLEY
Acting United States Attorney

/s/ Anna Dronzek_____
Anna Dronzek
Assistant United States Attorney

Date: August 16, 2021