UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>      **v.**      )<br>**Michael Dukette** )<br>) | **Cr. No.  1:21-cr-136-JL-01** |

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons for the defendant listed above, an Indictment against the above-named defendant having been filed in the above-entitled case on the 16th day of August, 2021.

This **16th** day of August, 2021.

JOHN FARLEY
Acting United States Attorney

/s/Anna Dronzek
Anna Dronzek
Assistant U.S. Attorney


SUMMONS ISSUED: _____